**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **R and R Marketing Services, LLC dba Fly With Wine** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3465020** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **860 Napa Valley Corporate Way Suite D Napa, CA 94558** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Napa** <br> County | **Location of principal assets, if different from principal place of business** <br> **15001 Meridian Parkway, Suite A Riverside, CA 92518** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.FlyWithWine.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**      .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __7/12/2024__
               MM / DD / YYYY

**X** __/s/ Ronald Scharman__            __Ronald Scharman__
    Signature of authorized representative of debtor      Printed name

Title    __Manager__

**18. Signature of attorney**

**X** __/s/ Chris Kuhner__         Date   __7/12/2024__
    Signature of attorney for debtor               MM / DD / YYYY

__Chris Kuhner 173291__
Printed name

__Kornfield, Nyberg, Bendes, Kuhner & Little P.C.__
Firm name

__1970 Broadway, Ste 600__
__Oakland, CA 94612__
Number, Street, City, State & ZIP Code

Contact phone   __510-763-1000__     Email address _____

__173291 CA__
Bar number and State

| Fill in this information to identify the case: |
| --- |

Debtor name  **R and R Marketing Services, LLC dba Fly With Wine**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __7/12/2024__         X  **/s/ Ronald Scharman**
                                            Signature of individual signing on behalf of debtor

                                         **Ronald Scharman**
                                         Printed name

                                         **Manager**
                                         Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................. $      **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................... $      **1,618,965.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................................. $      **1,618,965.00**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **819,027.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$      **1,573,352.00**

4.   **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b          | $      **2,392,379.00** |

Case: 24-10368   Doc# 1   Filed: 07/12/24   Entered: 07/12/24 14:18:03   Page 6 of 46

Debtor name  **R and R Marketing Services, LLC dba Fly With Wine**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |

| | | | |
|---|---|---|---|
| 3.1.  **JP Morgan Chase** | **Checking** | **8825** | **$88,091.00** |
| 3.2.  **JP Morgan Chase** | **Checking** | **8833** | **$65.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$88,156.00** |

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | |
|---|---|
| 7.1.  **Security Deposit-Office located at 860 Napa Valley Corporate Way, Napa, CA.** | **$2,262.00** |

| 7.2. | **Security Deposit-Warehouse located at 902 Enterprise Way, Suite B & C, Riverside, CA.** | $5,927.00 |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**    **Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.
                                              $8,189.00

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.**    **Accounts receivable**

| 11a. 90 days old or less: | **202,600.00** | - | **0.00** | = .... | **$202,600.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **2,500.00** | - | **0.00** | = .... | **$2,500.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **11,619.00** | - | **11,619.00** | = .... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**    **Total of Part 3.**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.
                               $205,100.00

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** **Inventory-Wine lifestyle and travel products** | 05/31/2024 | Unknown | Recent cost | $1,030,483.00 |

| Other misc. inventory | 03/31/2024 | | Unknown | Recent cost | | $5,000.00 |
|---|---|---|---|---|---|---|

**22.**     **Other inventory or supplies**

**23.**     **Total of Part 5.**

      Add lines 19 through 22.  Copy the total to line 84.

> **$1,035,483.00**

**24.**     **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

**25.**     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ■ No.  Go to Part 7.
      ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ☐ No.  Go to Part 8.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** <br> **Misc Office Furniture and Appliances** | Unknown | Liquidation | $6,000.00 |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Misc office equipment** | Unknown | Liquidation | $2,000.00 |
| **42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.**     **Total of Part 7.**

      Add lines 39 through 42.  Copy the total to line 86.

> **$8,000.00**

**44.**     **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

**45.**     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Case: 24-10368  Doc# 1  Filed: 07/12/24  Entered: 07/12/24 14:18:03  Page 9 of 46

■ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2022 Mazda CX-5-30,000 miles | **Unknown** | **Carvana** | **$24,990.00** |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Roland LEF2-300 Versa UV Benchtop Flatbed Printer | **Unknown** | **Liquidation** | **$20,000.00** |
| Roland ULT Air Filtration Unit and Stand | **Unknown** | **Liquidation** | **$1,500.00** |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$46,490.00** |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Case: 24-10368  Doc# 1  Filed: 07/12/24  Entered: 07/12/24 14:18:03  Page 10 of 46

| | | | | |
|---|---|---|---|---|
| 55.1. | **Sublease to Napa Valley Dance Company at 902 Enterprise Way, Suite A-1, B & C, Napa, CA.** | Leasehold | Unknown | N/A      Unknown |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | **$0.00** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Shared patent application with co investor, Erin Forster for VinExplorer Wine & Beverage Backpack** | Unknown | N/A | Unknown |
| **FlyWithWine trademark in United States and China** | Unknown | N/A | Unknown |
| 61. **Internet domain names and websites** **www.FlyWithWine.com** | Unknown | N/A | Unknown |
| 62. **Licenses, franchises, and royalties** **License operate www.WineHive.com to market/sell WineHive products. Inventory included in the total listed in Schedule A.** | Unknown | N/A | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** **Shopify purchaser records and customer email list** | Unknown | N/A | Unknown |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

Case: 24-10368    Doc# 1    Filed: 07/12/24    Entered: 07/12/24 14:18:03    Page 11 of 46

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |

71. **Notes receivable**
Description (include name of obligor)
**Note due from Jordan Rodriquez, former employee, for overpayment of salary**

| 42,841.00 | − | 0.00 | = |  |
| Total face amount | | doubtful or uncollectible amount | | $42,841.00 |

**Note due from Whitaker and Me Marketing, LLC, attn. Dennis Whitaker for the sale of Astra Digital Marketing name and intangibles.**

| 62,500.00 | − | 0.00 | = |  |
| Total face amount | | doubtful or uncollectible amount | | $62,500.00 |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**California State Tax Refund-original refund check never received.  Debtor has submitted paperwork for a replacement check.**

Tax year 2021 | $2,206.00

**ERC Tax Refund**

Tax year 2021 | $120,000.00

**2022 and 2023 Net Operating Losses**

Tax year 2022,2023 | Unknown

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Case: 24-10368   Doc# 1   Filed: 07/12/24   Entered: 07/12/24 14:18:03   Page 12 of 46

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                              | **$227,547.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $88,156.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,189.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $205,100.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,035,483.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $46,490.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $227,547.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,618,965.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,618,965.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Amazon Capital Services, Inc.**<br>Creditor's Name<br><br>**410 Terry Avenue, North Seattle, WA 98109**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**09/08/2019**<br>**Last 4 digits of account number**<br>**8352**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Inventory Located at Amazon Fulfillment Centers**<br><br>**Describe the lien**<br>**UCC Financing Statement**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,948.00** | **$0.00** |
| **2.2** **Bizfund, LLC**<br>Creditor's Name<br><br>**315 Avenue U 3rd Floor Brooklyn, NY 11223**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**05/21/2024**<br>**Last 4 digits of account number**<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**Account Receivables**<br><br>**Describe the lien**<br>**UCC Financing Statement**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$201,000.00** | **$150,000.00** |

| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **ForsterVGV, Inc.** | Describe debtor's property that is subject to a lien | **$342,498.00** | **$0.00** |

Creditor's Name

**62 Cayman Place**
**Palm Beach Gardens, FL**
**33418**
Creditor's mailing address

**Blanket Lien on Debtor's Assets-UCC-1 recorded without consent of Debtor**

Describe the lien
**UCC Financing Statement**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

Date debt was incurred
**UCC-1s recorded on 04/08/2024, 04/10/2024**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number
**1873**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Geneva Capital, LLC** | Describe debtor's property that is subject to a lien | **$24,875.00** | **$20,000.00** |

Creditor's Name

**1311 Broadway Street**
**Alexandria, MN 56308**
Creditor's mailing address

**Roland LEF2-300 Versa UV Benchtop Flatbed Printer**

Describe the lien
**UCC Financing Statement-Equipment Loan**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

Date debt was incurred
**08/15/2022**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number
**4656**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Geneva Capital, LLC** | Describe debtor's property that is subject to a lien | **$7,315.00** | **$1,500.00** |

Creditor's Name

**1311 Broadway Street**
**Alexandria, MN 56308**
Creditor's mailing address

**Roland ULT Air Filtration Unit and Stand**

Describe the lien
**UCC Financing Statement-Equipment Loan**

_____

Creditor's email address, if known

**Date debt was incurred**
**10/16/2023**

**Last 4 digits of account number**
**4656**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Mazda Financial Services** | **Describe debtor's property that is subject to a lien**<br>**2022 Mazda CX-5-30,000 miles** | $20,559.00 | $24,990.00 |

Creditor's Name

**PO Box 74689**
**Chicago, IL 60675**

Creditor's mailing address

**Describe the lien**
**Vehicle Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7838**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien**<br>**Blanket Lien on Debtor's Assets** | $181,651.00 | Unknown |

Creditor's Name

**Office of Processing and Disbursement**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**08/02/2020**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **U.S. Small Business Administration** |
|---|---|

Creditor's Name

**Office of Processing and Disbursement**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number**
**4069**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

Describe debtor's property that is subject to a lien        $25,181.00        $5,000.00
**Inventory, Accounts, Deposit Accounts**
_____

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$819,027.00** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **California Bank of Commerce**<br>**333 West Carlos, Suite 1600**<br>**San Jose, CA 95110** | Line  **2.7** | |
| **California Bank of Commerce**<br>**333 West Carlos, Suite 1600**<br>**San Jose, CA 95110** | Line  **2.8** | |
| **Davis Wright Tremaine**<br>**Attn: Jailyn Bunton**<br>**920 Fifth Avenue**<br>**Seattle, WA 98104** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **R and R Marketing Services, LLC dba Fly With Wine**

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133,983.00** |
|---|---|---|---|
| | **American Express**<br>**PO Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Credit card purchases** | |
| | Last 4 digits of account number **1001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,384.00** |
|---|---|---|---|
| | **American Express**<br>**PO Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Credit card purchases** | |
| | Last 4 digits of account number **2000** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$147,566.00** |
|---|---|---|---|
| | **American Express**<br>**PO Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **05/09/2024** | Basis for the claim: **Business Loan** | |
| | Last 4 digits of account number **2359** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,828.00** |
|---|---|---|---|
| | **Avanquest North America LLC**<br>**23801 Calabasas Road, Suite 2005**<br>**Calabasas, CA 91302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **May, June 2024** | Basis for the claim: **Warehouse charges/trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,413.00 |
|---|---|---|---|

**Capital 1 Bank**
**Attn: Bankruptcy Dept.**
**Po Box 30285**
**Salt Lake City, UT 84130**

Date(s) debt was incurred _

Last 4 digits of account number  **6713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,905.00 |
|---|---|---|---|

**Chase**
**Attn Bankruptcy Dept**
**PO Box 100018**
**Kennesaw, GA 30156**

Date(s) debt was incurred _

Last 4 digits of account number  **3104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,037.00 |
|---|---|---|---|

**Coldwell Banker**
**1775 Lincoln Avemue**
**Napa, CA 94558**

Date(s) debt was incurred  **01/2024-05/2024**

Last 4 digits of account number  **074a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Brokerage Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,175.00 |
|---|---|---|---|

**ERC Pros LLC**
**135 Mountain Drive**
**Orem, UT 84058**

Date(s) debt was incurred  **01/05/2023**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commission based on ERTC refund**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $696.00 |
|---|---|---|---|

**Five Star Commerce**
**1107 N. 1350**
**Provo, UT 84604**

Date(s) debt was incurred  **04/01/2024**

Last 4 digits of account number  **6178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,420.00 |
|---|---|---|---|

**Gabriel-Glas North America**
**95 Winedale Lane**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201,000.00 |
|---|---|---|---|

**Itria Ventures**
**1000 N. West Street**
**Wilmington, DE 19801**

Date(s) debt was incurred  **04/05/2024**

Last 4 digits of account number  **6235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189,176.00 |
|---|---|---|---|

**Marcus by Goldman Sachs**
PO Box 45400
Salt Lake City, UT 84145

Date(s) debt was incurred _

Last 4 digits of account number **9150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,938.00 |
|---|---|---|---|

**Navitas Credit Corp. (Fishbowl)**
PO Box 935204
Atlanta, GA 31193

Date(s) debt was incurred _

Last 4 digits of account number **1065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Software Financing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.00 |
|---|---|---|---|

**Newlane Finance**
PO Box 7358
Philadelphia, PA 19101

Date(s) debt was incurred _

Last 4 digits of account number **6534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment protection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $669,240.00 |
|---|---|---|---|

**Ronald Scharman**
10 Summerbrooke Circle
Napa, CA 94558

Date(s) debt was incurred **2019 to present**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan from Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,644.00 |
|---|---|---|---|

**SPS Commerce**
333 South Seventh Street
Suite 1000
Minneapolis, MN 55402

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Software Subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Top Trumps USA, Inc**
150 Chestnut Street
4th Floor, Unit #9
Providence, RI 02903

Date(s) debt was incurred _

Last 4 digits of account number **1801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertisement Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,592.00 |
|---|---|---|---|

**WebBank-Shopify**
100 Shockoe Slip
Richmond, VA 23219

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **R and R Marketing Services, LLC dba Fly With Wine** | Case number *(if known)* | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |

Name

**Webinopoly**
**6464 Savoy Drive**
**Suite 720**
**Houston, TX 77036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/11/2024**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **5654**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**c/o Becket & Lee**<br>**PO Box 3001**<br>**Malvern, PA 19355** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **American Express**<br>**c/o Becket & Lee**<br>**PO Box 3001**<br>**Malvern, PA 19355** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Itria Ventures**<br>**1 Penn Plaza**<br>**Suite 3101**<br>**New York, NY 10119** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,573,352.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,573,352.00 |

**Fill in this information to identify the case:**

Debtor name    **R and R Marketing Services, LLC dba Fly With Wine**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Warehouse Management and Fulfillment** | |
| State the term remaining | **Avanquest North America, LLC** |
| List the contract number of any government contract | **23801 Calabasas Road Suite 2005 Calabasas, CA 91302** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Warehouse/Office lease at 902 Enterprise Way, Suite B & C, Napa, California. Debtor is Subletting to Napa Valley Dance Company** | |
| State the term remaining    **Terminates 04/30/2026** | **Bayside Properties** |
| List the contract number of any government contract | **30011 Ivy Glenn Drive, #116 Laguna Niguel, CA 92677** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **ERTC Service Agreement dated 01/05/2023** | |
| State the term remaining    **N/A** | **ERC Pros LLC** |
| List the contract number of any government contract | **135 Mountain Drive Orem, UT 84058** |

Case: 24-10368    Doc# 1    Filed: 07/12/24    Entered: 07/12/24 14:18:03    Page 23 of 46

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Master Dealer Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terminates 01/02/2033 but subject to early termination on 01/02/2025** | **ForsterVGV** |
| | List the contract number of any government contract | | **62 Cayman Place** **Palm Beach Gardens, FL 33418** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease to convert to assignment** | |
|---|---|---|---|
| | State the term remaining | **Sublease ends April 2026** | **Napa Valley Dance Company** |
| | List the contract number of any government contract | | **902 Enterprise Way, Suites A-1, B & C** **Napa, CA 94558** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease at 860 Corporate Way, Suite D, Napa, California** | |
|---|---|---|---|
| | State the term remaining | **Terminates 04/20/2027** | **The Edward Pike Company** **3470 Mt. Diablo Boulevard** |
| | List the contract number of any government contract | | **Suite A-205** **Lafayette, CA 94549** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Promotion and License Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terminates 12/31/2024** | **Top Trumps USA, Inc** **150 Chestnut Street** |
| | List the contract number of any government contract | | **4th Floor, Unit #9** **Providence, RI 02903** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/31/2031 but subject to early termination on 12/31/2024** | **WineHive, Inc.** |
| | List the contract number of any government contract | | **1302 Peach Street, Unit B** **San Luis Obispo, CA 93401** |

Case: 24-10368   Doc# 1   Filed: 07/12/24   Entered: 07/12/24 14:18:03   Page 24 of 46

Fill in this information to identify the case:

Debtor name  **R and R Marketing Services, LLC dba Fly With Wine**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **Ronald Scharman** | **10 Summerbrooke Circle Napa, CA 94558** | **U.S. Small Business Administration** | ■ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Ronald Scharman** | **10 Summerbrooke Circle Napa, CA 94558** | **Itria Ventures** | ☐ D _____<br>■ E/F   **3.11**<br>☐ G _____ |
| 2.3  **Ronald Scharman** | **10 Summerbrooke Circle Napa, CA 94558** | **Mazda Financial Services** | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Ronald Scharman** | **10 Summerbrooke Circle Napa, CA 94558** | **American Express** | ☐ D _____<br>■ E/F   **3.2**<br>☐ G _____ |
| 2.5  **Ronald Scharman** | **10 Summerbrooke Circle Napa, CA 94558** | **American Express** | ☐ D _____<br>■ E/F   **3.1**<br>☐ G _____ |

Case: 24-10368   Doc# 1   Filed: 07/12/24   Entered: 07/12/24 14:18:03   Page 25 of 46

| Debtor | R and R Marketing Services, LLC dba Fly With Wine | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Ronald Scharman | 10 Summerbrooke Circle Napa, CA 94558 | American Express | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.7 | Ronald Scharman | 10 Summerbrooke Circle Napa, CA 94558 | Bizfund, LLC | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.8 | Ryan Neergaard | 26 Joshua Court Napa, CA 94558 | U.S. Small Business Administration | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.9 | Ryan Neergaard | 26 Joshua Court Napa, CA 94558 | U.S. Small Business Administration | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.10 | Ronald Scharman | 10 Summerbrooke Circle Napa, CA 94558 | Bayside Properties | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |

Case: 24-10368     Doc# 1     Filed: 07/12/24     Entered: 07/12/24 14:18:03     Page 26 of 46

**Fill in this information to identify the case:**

Debtor name    **R and R Marketing Services, LLC dba Fly With Wine**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,224,184.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other **Gross Receipts-Business** | **$5,240,627.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other **Gross Receipts-Business** | **$5,474,553.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Case: 24-10368    Doc# 1    Filed: 07/12/24    Entered: 07/12/24 14:18:03    Page 27 of 46

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **ForsterVGV**<br>**62 Cayman Place**<br>**Palm Beach Gardens, FL 33418** | 04/16/2024-$ 100,000<br>04/29/2024-$ 100,000<br>05/13/2024-$ 100,000<br>05/23/2024-$ 100,000<br>06/05/2024-$ 21,621<br>06/21/2024-$ 27,649 | $449,270.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **American Express**<br>**PO Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | 04/16/2024-$ 6,055<br>04/22/2024-$ 250<br>05/06/2024-$ 250<br>05/09/2024-$ 250<br>05/09/2024-$ 50,000<br>05/16/2024-$ 6,055 | $62,860.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **BizFund, LLC**<br>**315 Avenue U, 3rd Floor** | 05/31/2024-$ 3,409<br>06/07/2024-$ 3,409<br>05/14/2024-$ 3,409<br>06/21/2024-$ 3,409 | $13,636.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Itria Ventures**<br>**1000 N. West Street**<br>**Wilmington, DE 19801** | 04/17/2024-$ 10,666<br>04/24/2024-$ 10,666<br>05/01/2024-$ 8,333<br>05/08/2024-$ 8,333<br>05/15/2024-$ 8,333<br>05/22/2024-$ 8,333<br>05/29/2024-$ 8,333<br>06/05/2024-$ 8,333<br>05/13/2024-$ 8,333 | $70,663.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Case: 24-10368    Doc# 1    Filed: 07/12/24    Entered: 07/12/24 14:18:03    Page 28 of 46

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.5.   Marcus by Goldman Sachs<br>PO Box 45400<br>Salt Lake City, UT 84145 | 04/19/2024-$3,282<br>05/03/2024-$3,231<br>05/17/2024-$3,180<br>05/31/2024-$3,129 | $12,822.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.   Amazon Capital Services, Inc.<br>410 Terry Avenue, North<br>Seattle, WA 98109 | 04/19/2024-$3,965<br>04/19/2024-$69,541<br>05/03/2024-$5,788<br>05/17/2024-$2,993<br>05/17/2024-$67,013<br>05/31/2024-$9,290<br>06/14/2024-$2,008<br>06/14/2024-$53,181<br>06/28/2024-$24,106 | $237,885.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Ronald Scharman<br>10 Summerbrooke Circle<br>Napa, CA 94558<br>Manager and Owner | 01/2023 to 06/2024 | $132,923.00 | **Salary** |
| 4.2.   Ryan Neergaard<br>26 Joshua Court<br>Napa, CA 94558<br>Owner and Former Officer | 2023-2024 | $99,590.00 | **Salary** |
| 4.3.   Ryan Neergaard<br>26 Joshua Court<br>Napa, CA 94558<br>Owner and Former Officer | 2023 | $4,834.00 | **Health Benefits** |
| 4.4.   Ronald Scharman<br>10 Summerbrooke Circle<br>Napa, CA 94558<br>Manager and Owner | 07/07/2023-06/27/2024 | $481,000.00 | **Expenses reimbursement payments for $569,713 in expenses advanced to the Debtor over the same period of time.** |

Case: 24-10368    Doc# 1    Filed: 07/12/24    Entered: 07/12/24 14:18:03    Page 29 of 46

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5.   Ryan Neergaard 26 Joshua Court Napa, CA 94558 Owner and Former Officer | 07/17/2024-0 3/03/2024 | $26,141.00 | **Expenses reimbursement payments for $29,914 in expenses advanced to the Debtor over the same period of time.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Company truck stolen twice but recovered damaged.** | **$5,000 from Hartford Insurance** | **Within 1 year** | **$5,000.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kornfield Nyberg Bendes Kuhner & Little 1970 Broadway, Suite 600 Oakland, CA 94612** | | **07/03/2024- $10,000 (flat fee) 07/08/2025- $338 (filing fee)** | **$10,338.00** |
| | **Email or website address c.kuhner@kornfieldlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Case: 24-10368    Doc# 1    Filed: 07/12/24    Entered: 07/12/24 14:18:03    Page 31 of 46

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **902 Enterprise Way Suite B & C Napa, CA 94558** | **09/15/20-04/30/2024** |
| 14.2. | **1834 Soscal Avenue Suite D Napa, CA 94559** | **09/01/2021-01/15/2024** |

**Part 8:**  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Prinicpal Life Insurance Company-R and R Marketing Services, LLC** | EIN:  **Annuity Contract Number 6-26212** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Case: 24-10368   Doc# 1   Filed: 07/12/24   Entered: 07/12/24 14:18:03   Page 32 of 46

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Umpqua Bank** **1500 Soscol Avenue** **Napa, CA 94558** | **XXXX-9143** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **12/31/2023** | **$43.00** |
| 18.2. | **Umpqua Bank** **1500 Soscol Avenue** **Napa, CA 94558** | **XXXX-3667** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **12/31/2023** | **$123.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Avanquest North America LLC** **15001 Meridian Parkway, Suite A** **Riverside, CA 92518** | **Ronald Scharman** **10 Summerbrooke Circle** **Napa, CA 94558** | **Finished Inventory and Supplies** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **ForsterVGV** **62 Cayman Place** **Palm Beach Gardens, FL 33418** | **15001 Meridian Parkway** **Suite A** **Riverside, CA 92518** | **Consigned Inventory of ForsterVGV** | **$96,568.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Case: 24-10368   Doc# 1   Filed: 07/12/24   Entered: 07/12/24 14:18:03   Page 33 of 46

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **G & L Seiberlich**<br>**3264 Villa Lane**<br>**Napa, CA 94558** | **2022 to present** |
| 26a.2. | **Benchmark Bookeeping Services**<br>**2180 Jefferson Street**<br>**Suite 106**<br>**Napa, CA 94559** | **2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **G & L Seiberlich** <br> **3264 Villa Lane** <br> **Napa, CA 94558** | **2022-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **California Bank of Commerce** <br> **333 West Carlos, Suite 1600** <br> **San Jose, CA 95110** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Cyprien Antoine** | **03/31/2024** | **1,426,654** |

| Name and address of the person who has possession of inventory records |
|---|
| **Debtor** <br> **860 Napa Valley Corporate Way** <br> **Suite D** <br> **Napa, CA 94558** |

| | | |
|---|---|---|
| 27.2. **Cyprien Antoine** | **12/31/2023** | **1,435,599** |

| Name and address of the person who has possession of inventory records |
|---|
| **Debtor** <br> **860 Napa Valley Corporate Way** <br> **Suite D** <br> **Napa, CA 94558** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ronald Scharman** | **10 Summerbrooke Circle** <br> **Napa, CA 94558** | **Managing Member and Owner** | **56.1** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ForsterVGV | 62 Cayman Place<br>Palm Beach Gardens, FL 33418 | Owner | 20 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan Neergaard | 26 Joshua Court<br>Napa, CA 94558 | Owner | 23.9 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ryan Neergaard | 26 Joshua Court<br>Napa, CA 94558 | Officer | 09/01/2016 to 02/29/2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Case: 24-10368   Doc# 1   Filed: 07/12/24   Entered: 07/12/24 14:18:03   Page 36 of 46

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **7/12/2024**

**/s/ Ronald Scharman**                                 **Ronald Scharman**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                                        Case No.

**R and R Marketing Services, LLC dba Fly With
Wine**

_____     Debtor(s).          /

CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of __7__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **7/12/2024**

**/s/ Chris Kuhner**
_____
Signature of Debtor's Attorney or Pro Per Debtor

Chris Kuhner
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 600
Oakland, CA 94612


R and R Marketing Services, LLC dba Fly With Wine
860 Napa Valley Corporate Way
Suite D
Napa, CA 94558


Amazon Capital Services, Inc.
410 Terry Avenue, North
Seattle, WA 98109


American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355


American Express
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355

Avanquest North America LLC
23801 Calabasas Road, Suite 2005
Calabasas, CA 91302


Avanquest North America, LLC
23801 Calabasas Road
Suite 2005
Calabasas, CA 91302


Bayside Properties
30011 Ivy Glenn Drive, #116
Laguna Niguel, CA 92677


Bizfund, LLC
315 Avenue U
3rd Floor
Brooklyn, NY 11223


California Bank of Commerce
333 West Carlos, Suite 1600
San Jose, CA 95110


California Bank of Commerce
333 West Carlos, Suite 1600
San Jose, CA 95110


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Chase
Attn Bankruptcy Dept
PO Box 100018
Kennesaw, GA 30156

Coldwell Banker
1775 Lincoln Avemue
Napa, CA 94558


Davis Wright Tremaine
Attn: Jailyn Bunton
920 Fifth Avenue
Seattle, WA 98104


ERC Pros LLC
135 Mountain Drive
Orem, UT 84058


ERC Pros LLC
135 Mountain Drive
Orem, UT 84058


Five Star Commerce
1107 N. 1350
Provo, UT 84604


ForsterVGV
62 Cayman Place
Palm Beach Gardens, FL 33418


ForsterVGV, Inc.
62 Cayman Place
Palm Beach Gardens, FL 33418


Gabriel-Glas North America
95 Winedale Lane
Napa, CA 94558

Geneva Capital, LLC
1311 Broadway Street
Alexandria, MN 56308


Geneva Capital, LLC
1311 Broadway Street
Alexandria, MN 56308


Itria Ventures
1000 N. West Street
Wilmington, DE 19801


Itria Ventures
1 Penn Plaza
Suite 3101
New York, NY 10119


Marcus by Goldman Sachs
PO Box 45400
Salt Lake City, UT 84145


Mazda Financial Services
PO Box 74689
Chicago, IL 60675


Napa Valley Dance Company
902 Enterprise Way, Suites A-1, B & C
Napa, CA 94558


Navitas Credit Corp. (Fishbowl)
PO Box 935204
Atlanta, GA 31193

Newlane Finance
PO Box 7358
Philadelphia, PA 19101


Ronald Scharman
10 Summerbrooke Circle
Napa, CA 94558


Ronald Scharman
10 Summerbrooke Circle
Napa, CA 94558


Ronald Scharman
10 Summerbrooke Circle
Napa, CA 94558


Ronald Scharman
10 Summerbrooke Circle
Napa, CA 94558


Ronald Scharman
10 Summerbrooke Circle
Napa, CA 94558


Ronald Scharman
10 Summerbrooke Circle
Napa, CA 94558


Ronald Scharman
10 Summerbrooke Circle
Napa, CA 94558

Ronald Scharman
10 Summerbrooke Circle
Napa, CA 94558

Ronald Scharman
10 Summerbrooke Circle
Napa, CA 94558

Ryan Neergaard
26 Joshua Court
Napa, CA 94558

Ryan Neergaard
26 Joshua Court
Napa, CA 94558

SPS Commerce
333 South Seventh Street
Suite 1000
Minneapolis, MN 55402

The Edward Pike Company
3470 Mt. Diablo Boulevard
Suite A-205
Lafayette, CA 94549

Top Trumps USA, Inc
150 Chestnut Street
4th Floor, Unit #9
Providence, RI 02903

Top Trumps USA, Inc
150 Chestnut Street
4th Floor, Unit #9
Providence, RI 02903

```
U.S. Small Business Administration
Office of Processing and Disbursement
14925 Kingsport Rd
Fort Worth, TX 76155


U.S. Small Business Administration
Office of Processing and Disbursement
14925 Kingsport Rd
Fort Worth, TX 76155


WebBank-Shopify
100 Shockoe Slip
Richmond, VA 23219


Webinopoly
6464 Savoy Drive
Suite 720
Houston, TX 77036


WineHive, Inc.
1302 Peach Street, Unit B
San Luis Obispo, CA 93401
```

# United States Bankruptcy Court
## Northern District of California

In re   R and R Marketing Services, LLC dba Fly With Wine      Case No. _____
                                               Debtor(s)            Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **R and R Marketing Services, LLC dba Fly With Wine**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ForsterVGV, Inc.**
**62 Cayman Place**
**Palm Beach Gardens, FL 33418**

**Ronald Scharman**
**10 Summerbrooke Circle**
**Phillipsville, CA 95559**

**Ryan Neergaard**
**26 Joshua Court**
**Napa, CA 94558**

☐ None [*Check if applicable*]

**7/12/2024**                                      **/s/ Chris Kuhner**

Date                                               **Chris Kuhner 173291**
                                                Signature of Attorney or Litigant
                                                Counsel for    **R and R Marketing Services, LLC dba Fly With Wine**
                                                **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
                                                **1970 Broadway, Ste 600**
                                                **Oakland, CA 94612**
                                                **510-763-1000 Fax:510-273-8669**