## United States Bankruptcy Court
### Northern District of California

In re __R and R Marketing Services, LLC dba Fly With Wine__
Debtor(s)

Case No. _____
Chapter __7__

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Ronald Scharman**, declare under penalty of perjury that I am the **Manager** of **R and R Marketing Services, LLC dba Fly With Wine**, and that the following is a true and correct copy of the resolutions adopted by the company at a meeting held on the day of **June 30**, 20**24**.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ronald Scharman**, **Manager** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ronald Scharman**, **Manager** of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ronald Scharman**, **Manager** of this company is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case."

Date __7/12/2024__

Signed __/s/ Ronald Scharman__
Ronald Scharman

Resolution of Board of Directors
of
**R and R Marketing Services, LLC dba Fly With Wine**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ronald Scharman**, **Manager** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ronald Scharman**, **Manager** of this limited liability is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ronald Scharman**, **Manager** of this limited liability company is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case.

Date  7/12/2024                    Signed  /s/ Ronald Scharman

Date  _____               Signed  _____