**Sarah Lampi Little SBN 215635**
**Chapter 7 Trustee**
2415 San Ramon Valley Blvd., Suite 4432
San Ramon, CA 94583
Telephone: (510)485-0740
Email: sarah@littletrustee.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case No. **24-10368** |
| R and R Marketing Services, LLC dba Fly With Wine | Chapter 7 |
| | **NOTICE OF REJECTION OF APPOINTMENT** |
| Debtor | |

PLEASE BE ADVISED THAT Pursuant to Bankruptcy Rule 2008, Sarah Lampi Little, interim Chapter 7 Trustee in the above-captioned case, hereby rejects the appointment in this case and requests that the United State Trustee appoint a successor trustee in this case.

Respectfully submitted,

Dated: July 12, 2024    /s/ Sarah L. Little
                       Sarah L. Little, Trustee

1