# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | R and R Marketing Services, LLC dba Fly With Wine | 860 Napa Valley Corporate Way | Suite D    Napa, CA 94558 |
| ust | Office of the U.S. Trustee / SR    Office of the United States Trustee    Phillip J. Burton Federal Building    450 Golden Gate Ave. 5th Fl., #05−0153    San Francisco, CA 94102 | | |
| tr | Marlene G. Weinstein    1511 Sycamore Ave. #M−259    Hercules, CA 94547 | | |
| aty | Charles P. Maher    Rincon Law, LLP    268 Bush St. #3335    San Francisco, CA 94104 | | |
| aty | Chris D. Kuhner    Kornfield Nyberg Bendes Kuhner & Little    1970 Broadway #600    Oakland, CA 94612 | | |
| smg | CA Franchise Tax Board    Bankruptcy Group    P.O. Box 2952    Sacramento, CA 95812−2952 | | |
| smg | CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001 | | |
| 15642221 | Amazon Capital Services, Inc.    410 Terry Avenue, North    Seattle, WA 98109 | | |
| 15642222 | American Express    PO Box 3001    16 General Warren Blvd    Malvern, PA 19355 | | |
| 15642223 | American Express    PO Box 3001    16 General Warren Blvd    Malvern, PA 19355 | | |
| 15642224 | American Express    PO Box 3001    16 General Warren Blvd    Malvern, PA 19355 | | |
| 15642225 | American Express    c/o Becket & Lee    PO Box 3001    Malvern, PA 19355 | | |
| 15642226 | American Express    c/o Becket & Lee    PO Box 3001    Malvern, PA 19355 | | |
| 15642227 | Avanquest North America LLC    23801 Calabasas Road, Suite 2005    Calabasas, CA 91302 | | |
| 15642228 | Avanquest North America, LLC    23801 Calabasas Road    Suite 2005    Calabasas, CA 91302 | | |
| 15642229 | Bayside Properties    30011 Ivy Glenn Drive, #116    Laguna Niguel, CA 92677 | | |
| 15642230 | Bizfund, LLC    315 Avenue U    3rd Floor    Brooklyn, NY 11223 | | |
| 15642231 | California Bank of Commerce    333 West Carlos, Suite 1600    San Jose, CA 95110 | | |
| 15642232 | California Bank of Commerce    333 West Carlos, Suite 1600    San Jose, CA 95110 | | |
| 15642233 | Capital 1 Bank    Attn: Bankruptcy Dept.    Po Box 30285    Salt Lake City, UT 84130 | | |
| 15642234 | Chase    Attn Bankruptcy Dept    PO Box 100018    Kennesaw, GA 30156 | | |
| 15642235 | Coldwell Banker    1775 Lincoln Avenue    Napa, CA 94558 | | |
| 15642236 | Davis Wright Tremaine    Attn: Jailyn Bunton    920 Fifth Avenue    Seattle, WA 98104 | | |
| 15642237 | ERC Pros LLC    135 Mountain Drive    Orem, UT 84058 | | |
| 15642238 | ERC Pros LLC    135 Mountain Drive    Orem, UT 84058 | | |
| 15642239 | Five Star Commerce    1107 N. 1350    Provo, UT 84604 | | |
| 15642240 | ForsterVGV    62 Cayman Place    Palm Beach Gardens, FL 33418 | | |
| 15642241 | ForsterVGV, Inc.    62 Cayman Place    Palm Beach Gardens, FL 33418 | | |
| 15642242 | Gabriel−Glas North America    95 Winedale Lane    Napa, CA 94558 | | |
| 15642243 | Geneva Capital, LLC    1311 Broadway Street    Alexandria, MN 56308 | | |
| 15642244 | Geneva Capital, LLC    1311 Broadway Street    Alexandria, MN 56308 | | |
| 15642246 | Itria Ventures    1 Penn Plaza    Suite 3101    New York, NY 10119 | | |
| 15642245 | Itria Ventures    1000 N. West Street    Wilmington, DE 19801 | | |
| 15642247 | Marcus by Goldman Sachs    PO Box 45400    Salt Lake City, UT 84145 | | |
| 15642248 | Mazda Financial Services    PO Box 74689    Chicago, IL 60675 | | |
| 15642249 | Napa Valley Dance Company    902 Enterprise Way, Suites A−1, B & C    Napa, CA 94558 | | |
| 15642250 | Navitas Credit Corp. (Fishbowl)    PO Box 935204    Atlanta, GA 31193 | | |
| 15642251 | Newlane Finance    PO Box 7358    Philadelphia, PA 19101 | | |
| 15642252 | Ronald Scharman    10 Summerbrooke Circle    Napa, CA 94558 | | |
| 15642253 | Ronald Scharman    10 Summerbrooke Circle    Napa, CA 94558 | | |
| 15642254 | Ronald Scharman    10 Summerbrooke Circle    Napa, CA 94558 | | |
| 15642255 | Ronald Scharman    10 Summerbrooke Circle    Napa, CA 94558 | | |
| 15642256 | Ronald Scharman    10 Summerbrooke Circle    Napa, CA 94558 | | |
| 15642257 | Ronald Scharman    10 Summerbrooke Circle    Napa, CA 94558 | | |
| 15642258 | Ronald Scharman    10 Summerbrooke Circle    Napa, CA 94558 | | |
| 15642259 | Ronald Scharman    10 Summerbrooke Circle    Napa, CA 94558 | | |
| 15642260 | Ronald Scharman    10 Summerbrooke Circle    Napa, CA 94558 | | |
| 15642261 | Ryan Neergaard    26 Joshua Court    Napa, CA 94558 | | |
| 15642262 | Ryan Neergaard    26 Joshua Court    Napa, CA 94558 | | |
| 15642263 | SPS Commerce    333 South Seventh Street    Suite 1000    Minneapolis, MN 55402 | | |
| 15642264 | The Edward Pike Company    3470 Mt. Diablo Boulevard    Suite A−205    Lafayette, CA 94549 | | |
| 15642265 | Top Trumps USA, Inc    150 Chestnut Street    4th Floor, Unit #9    Providence, RI 02903 | | |
| 15642266 | Top Trumps USA, Inc    150 Chestnut Street    4th Floor, Unit #9    Providence, RI 02903 | | |
| 15642267 | U.S. Small Business Administration    Office of Processing and Disbursement    14925 Kingsport Rd    Fort Worth, TX 76155 | | |
| 15642268 | U.S. Small Business Administration    Office of Processing and Disbursement    14925 Kingsport Rd    Fort Worth, TX 76155 | | |
| 15642269 | WebBank−Shopify    100 Shockoe Slip    Richmond, VA 23219 | | |
| 15642270 | Webinopoly    6464 Savoy Drive    Suite 720    Houston, TX 77036 | | |
| 15642271 | WineHive, Inc.    1302 Peach Street, Unit B    San Luis Obispo, CA 93401 | | |

TOTAL: 58